Arlana S. Cohen, Esq.
C.J. Erickson, Esq.
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 790-9200
Fax: (212) 575-0671

*Attorneys for Defendant Bwacy Trading, Inc. and Yun Ying Lin, and Xu Bing Shi*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ x

| | |
|---|---|
| COACH, INC. and COACH SERVICES, INC., | : |
| Plaintiffs, | : ECF Case |
| -against- | : No. 12-CV-5342 (GBD) (FM) |
| BWACY TRADING, INC., YUN YING LIN, and XU BING SHI, all individually and d/b/a "7 COLOR TRADING INC."; JOHN DOES 1-10, and UNKNOWN ENTITIES 1-10, | : **UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL** |
| Defendants. | |

------------------------------------------------------ x

IT IS HEREBY STIPULATED, CONSENTED AND AGREED by and among the undersigned that the law firm of Cowan, Liebowitz & Latman, P.C., 1133 Avenue of the Americas, New York, New York 10036, be substituted as attorneys for Defendant Bwacy Trading, Inc., Yun Ying Lin and Xu Bing Shi, in the above-entitled action, and that the law firm

29956/000/1366188.1

of Oved & Oved, LLP, 101 Avenue of the Americas, New York, 10013, be relieved of further responsibility as attorneys for Bwacy Trading, Inc., Yun Ying Lin and Xu Bing Shi.

| | |
|---|---|
| Dated: New York, New York<br>January 31, 2013 | COWAN, LIEBOWITZ & LATMAN, P.C.<br>Incoming Attorneys for Defendant Bwacy Trading, Inc., Yun Ying Lin and Xu Bing Shi<br><br>By: _Arlana S. Cohen /M66_<br>Arlana S. Cohen<br>1133 Avenue of the Americas<br>New York, New York 10036-6799<br>(212) 790-9200 |
| Dated: New York, New York<br>January 29, 2013 | OVED & OVED, LLP<br>Outgoing Attorneys for Defendant Bwacy Trading, Inc., Yun Ying Lin and Xu Bing Shi<br><br>By: _____<br>Aaron J. Solomon<br>401 Greenwich Street<br>New York, New York 10013<br>(212) 226-2376 |
| Dated: New York, New York<br>January 30, 2013 | BWACY TRADING, INC.<br><br>By: _____<br>President |

SO ORDERED this ___ day of _____, 2013    FEB 11 2013

_George B. Daniels_
U.S.D.J.

2

00001/226/1366188.1